**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NANCY WILLIAMS,

    Plaintiff,                                    CASE NO. 04-73139

-vs-                                           PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION; (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT; AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on June 23, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and Plaintiff's Motion for Summary Judgment is DENIED and that Defendant's Motion for Summary Judgment is GRANTED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  August 5, 2005

**CERTIFICATE OF SERVICE**

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 5, 2005.

                                                s/Jonie Parker
                                                Case Manager