UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY WILLIAMS

       Plaintiff,                  CASE NO. 04-73139

v.                               PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

COMMISSIONER OF
SOCIAL SECURITY

       Defendant.
_____/

## JUDGMENT

On this date, the Court accepted the Report and Recommendation of Magistrate Judge Mona K. Majzoub.

Therefore, a judgment shall be entered in favor of the Defendant, <u>Commissioner of Social Security</u> and against the Plaintiff, <u>Nancy Williams</u> .

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 5, 2005.

                                                     <u>s/Jonie Parker</u>
                                                     Case Manager